**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Gloria Taddei<br><br>           Debtor | Chapter 13<br>Bankruptcy No. 16-15969-JKF<br>Hearing Date: November 16, 2016<br>Time: 9:30 a.m.<br>Location: Court Room # 3 |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF**
**FROM AUTOMATIC STAY AND CERTIFICATION OF**
**SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Celine P. DerKrikorian , attorney for the Movant, Nationstar Mortgage LLC d/b/a Champion Mortgage Company, or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 26th day of October, 2016, upon the following:

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
Via CM/ECF

Harry J. Giacometti, Esquire
Flaster/Greenberg, P.C.
Four Penn Center
2nd Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Via CM/ECF

Gloria Taddei
33 Fairlamb Avenue
Havertown, PA 19083-2845
Via United States Mail

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107
Via CM/ECF

/s/ Celine P. DerKrikorian
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Nationstar Mortgage LLC d/b/a Champion Mortgage Company
123 South Broad Street, Suite 1400
Philadelphia, PA  19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com