# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 16-15969-JKF

GLORIA TADDEI

33 FAIRLAMB AVE

HAVERTOWN, PA 19083-

     Debtor

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GLORIA TADDEI

33 FAIRLAMB AVE

HAVERTOWN, PA 19083-

Counsel for debtor(s), by electronic notice only.

HARRY J. GIACOMETTI
FLASTER/GREENBERG P.C.
FOUR PENN CTN/1600 JFK BLVD    2ND FL
PHILADELPHIA, PA 19103-

/S/ William C. Miller

Date: 1/26/2017

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee