# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GLORIA TADDEI                                      Chapter 13

                    Debtor              Bankruptcy No. 16-15969-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: March 9, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
HARRY J. GIACOMETTI
FLASTER/GREENBERG P.C.
FOUR PENN CTN/1600 JFK BLVD    2ND FL
PHILADELPHIA, PA 19103-

Debtor:
GLORIA TADDEI

33 FAIRLAMB AVE

HAVERTOWN, PA 19083-