United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15969-jkf
Gloria Taddei                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey        Page 1 of 2        Date Rcvd: Mar 10, 2017
                           Form ID: pdf900      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db            Gloria Taddei,    33 Fairlamb Avenue,    Havertown, PA 19083-2845
cr           +BANK OF AMERICA, N.A.,    16001 N. Dallas Pkwy,    Addison, TX 75001-3311
13848544      Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA  98083-0657
13850457      HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,    Bank of America,    PO Box 31785,
              Tampa, FL 33631-3785
13795169     +HSBC Bank,    PO Box 81622,    Salinas, CA 93912-1622
13795170     +McCabe Weisberg & Conway PC,    123 South Broad Street,    Suite 1400,
              Philadelphia, PA 19109-1060
13795171     +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13821166     +Nationstar Mortgage LLC dba Champion Mortgage Comp,    8950 Cypress Waters Boulevard,
              Coppell, TX 75019-4620
13795172     +Nissan Motor Acceptance Corp/Infinity Lt,    Nmac/Attn: Bankruptcy,    Po Box 660360,
              Dallas, TX 75266-0360
13795173      Parker McCay,    900 Midlantic Avenue,    Suite 300,    Mount Laurel, NJ 08054
13795174     +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Mar 10 2017 20:14:36    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 20:13:40
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 20:14:01    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                         TOTAL: 3

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company
               ecfmail@mwc-law.com,  ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-FM1 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              CELINE P. DERRKIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC dba Champion Mortgage
               Company ecfmail@mwc-law.com
              CELINE P. DERRKIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@mwc-law.com
              HARRY J. GIACOMETTI    on behalf of Debtor Gloria  Taddei harry.giacometti@flastergreenberg.com,
               harry.giacometti@ecf.inforuptcy.com;jackie.parsio@flastergreenberg.com;jennifer.vagnozzi@flasterg
               reenberg.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE
               FOR THE CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES,
               SERIES 2005-FM1 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS OF THE NOMURA HOME EQUITY LOAN, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-FM1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2           User: Stacey            Page 2 of 2            Date Rcvd: Mar 10, 2017
                               Form ID: pdf900         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                            TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GLORIA TADDEI                              Chapter 13


                          Debtor            Bankruptcy No. 16-15969-JKF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.


_____
                          Jean K. FitzSimon
**Date: March 9, 2017**            Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
HARRY J. GIACOMETTI
FLASTER/GREENBERG P.C.
FOUR PENN CTN/1600 JFK BLVD    2ND FL
PHILADELPHIA, PA 19103-


Debtor:
GLORIA TADDEI

33 FAIRLAMB AVE

HAVERTOWN, PA 19083-